**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DELIA MARITZA PEREZ-FAJARDO, | No. 11-70487 |
| Petitioner, | Agency No. A070-639-786 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 11, 2013[**]

Before:     FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

Delia Maritza Perez-Fajardo, a native and citizen of Guatemala, petitions pro

se for review of the Board of Immigration Appeals ("BIA") order denying her

motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C.

§ 1252. We review for abuse of discretion the BIA's denial of a motion to reopen,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying Perez-Fajardo's motion to reopen as untimely because Perez-Fajardo failed to present material evidence of changed circumstances in Guatemala to qualify for the regulatory exception to the time limit for filing a motion to reopen. *See* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 990 (previously unavailable evidence must be material to the petitioner's claim).

**PETITION FOR REVIEW DENIED.**